UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MTS LOGISTICS INC. and MTS ULUSA ARARASI TASIMACILIK VE TIC. A.S., <br><br> Plaintiff(s), <br><br> -against- <br><br> DUNTARA MOVING & STORAGE, <br><br> Defendant(s). | 07 CV _____ <br><br><br> RULE 7.1 STATEMENT |

PLEASE TAKE NOTICE that JORGE A. RODRIGUEZ, of the firm of MAHONEY AND KEANE, LLP, attorneys of record for Plaintiffs, MTS LOGISTICS INC. and MTS ULUSA ARARASI TASIMACILIK VE TIC. A.S. (collectively "MTS"), certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of MTS.

Dated: New York, New York
      October 26, 2007

                            Respectfully submitted,

                            MAHONEY & KEANE, LLP.
                            Attorneys for Plaintiff
                            MTS LOGISTICS INC. and MTS ULUSA
                            ARARASI TASIMACILIK VE TIC. A.S.

                            By: _____
                            Jorge A. Rodriguez, Esq. (EK 2162)
                            111 Broadway, 10th Floor
                            New York, NY 10006
                            Tel. (212) 385-1422
                            Fax (212) 385-1605
                            File No. 12/3453

## SERVICE LIST

DUNTARA MOVING & STORAGE  
2709-2713 N.W. 30th Avenue  
Ft. Lauderdale, FL 33311

DUNTARA MOVING & STORAGE  
2709 N.W. 30th Avenue  
Ft. Lauderdale, FL 33311