AO 44 (rev. 10/93) Summons in a Civil Action　　　**RETURN OF SERVICE**

SERVICE OF:　　**SUMMONS, COMPLAINT**
EFFECTED (1) BY ME:　**OUT OF STATE**
TITLE:　　　　　　**PROCESS SERVER**　　　　　　　　DATE: November 2, 2007

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

DUNTARA MOVING & STORAGE

Place where served: 2709-2713 NW 30th Ave, Ft Lauderdale, FL 33311

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Mike Dzan

Relationship to defendant: President of Company

Description of person accepting service:

SEX: M　AGE: ___　HEIGHT: ___　WEIGHT: 190 lbs　SKIN: WH　HAIR: ___　OTHER: ___

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

TRAVEL $ ____.____　　SERVICES $ ____.____　　TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 11 / 2 / 20 07　　　　　_____ L.S. 673
　　　　　　　　　　　　　　　SIGNATURE OF OUT OF STATE
　　　　　　　　　　　　　GUARANTEED SUBPOENA SERVICE, INC.
　　　　　　　　　　　　　　　　2009 MORRIS AVENUE
　　　　　　　　　　　　　　　　　UNION, NJ 07083

ATTORNEY:　　JORGE A. RODRIGUEZ, ET AL
PLAINTIFF:　　MTS LOGISTICS, INC., ET AL
DEFENDANT:　 DUNTARA MOVING & STORAGE
VENUE:　　　 SOUTHERN DISTRICT OF NEW YORK
DOCKET:　　　07 CIV 9638

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.