UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MTS LOGISTICS INC. and MTS ULUSA ARARASI TASIMACILIK VE TIC. A.S., <br><br> Plaintiff(s), <br><br> -against- <br><br> DUNTARA MOVING & STORAGE, <br><br> Defendant(s). | 07 CV 9638 (Berman) <br><br> NOTICE OF <br><br> DISMISSAL PURSUANT TO <br><br> FED. R. CIV. P. 41(a)(1) |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs hereby voluntarily dismiss all claims against Defendant. Such dismissal is without prejudice and with leave to renew. **THE CONFERENCE SCHEDULED FOR 12/21/07 IS VACATED**

Dated: New York, New York

December **19**, 2007

**THE CLERK TO CLOSE THIS CASE.**

Respectfully submitted,

MAHONEY & KEANE, LLP.
Attorneys for Plaintiff
MTS LOGISTICS INC. and MTS ULUSA
ARARASI TASIMACILIK VE TIC. A.S.

By: _____
Jorge A. Rodriguez, Esq. (EK 2162)
111 Broadway, 10th Floor
New York, NY 10006
Tel. (212) 385-1422
Fax (212) 385-1605
File No. 12/3453

**SO ORDERED.**
**RMB**
-----------
RICHARD M. BERMAN U.S.D.J.
**12/20/07**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2007

- 1 -